UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Raymond M. Vorce

                    v.                                    Case No. 09-cv-306-JD

US Social Security Administration


O R D E R

By notice dated September 9, 2009, Attorney Richard G. Smith was instructed to register for ECF within thirty (30) days.  On October 15, 2009, after the 30 day period had expired, and again on October 23, 2009, the clerk's office attempted to contact Attorney Smith by telephone as a courtesy to remind him of his obligation to register for ECF.   As of this date, Attorney Smith has not registered for ECF.

Attorney Smith shall register for ECF on or before November 13, 2009. If he fails to register by this date, all conventionally filed documents submitted by Attorney Smith from that date forward will be stricken,  no court notices or orders will be forwarded to him in paper format, and the parties shall be relieved of their obligation to provide him with paper service copies of electronic filings.

SO ORDERED.

November 2, 2009                          */s/Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge


cc:    Richard G. Smith, Esq.